DAVID N. BARRY, ESQ. (SBN 219230)
**THE BARRY LAW FIRM**
11845 W. Olympic Blvd., Suite 1270
Los Angeles, CA 90064
Telephone: 310.684.5859
Facsimile: 310.862.4539

Attorneys for Plaintiff, HECTOR ORTIZ

**GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP**
Matthew M. Proudfoot, Esq. (SBN 155988)
38 Discovery, Suite 200
Irvine, California 92618
Telephone: (949) 753-0255
Facsimile: (949) 753-0265

Attorneys for Defendant, FCA US LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR ORTIZ, an individual<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 5:21-CV-01711-JGB-SHK<br><br>(Removed from San Bernardino County Superior Court Case No. CIVSB2118548)<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Hector Ortiz and Defendant FCA US LLC, by and through their respective counsel of record, hereby submit this Joint Stipulation to Dismiss with Prejudice as follows:

1. WHEREAS the parties agree that the matters in dispute between Plaintiff and

Defendant have been resolved.

**THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and Defendant, by and through their attorneys of record, that the above-entitled matter may be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) in accordance with the terms of the parties' written settlement agreement.

Dated: April 25, 2022          **THE BARRY LAW FIRM**

By: */s/ David N. Barry*
David Barry
Attorneys for Plaintiff, HECTOR ORTIZ

Dated: April 25, 2022          **GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP**

By: */s/ Matthew M. Proudfoot*
Matthew M. Proudfoot
Attorneys for Defendant, FCA US LLC

2

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

# CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2022, I filed the foregoing document entitled **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

                                                            __/s/ David N. Barry____